IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
NO. 1:20CV00061

The Cincinnati Specialty Underwriters Ins. )
Co. )
      Plaintiff )
 )
vs. )
 )
Kuka Furniture, Inc., et al )
 )
      Defendants. )
 )
 )
 )
 )

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

     **COME NOW,** Plaintiff and Defendants, by and through their respective counsel,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby

stipulate that this civil action is dismissed, with prejudice. The parties shall bear their

own fees, costs, and expenses.

     This the 5th day of August, 2020.

/s/ Deborah J. Bowers
N.C. State Bar No. 24937
Pinto Coates Kyre & Bowers, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Email: dbowers@pckb-law.com
*Attorney for Plaintiff*

/s/ Alan M. Ruley
Alan M. Ruley
NC State Bar No.: 16407
Allison B. Parker, NC Bar No. 50178
Bell Davis & Pitt, P.A.
100 North Cherry Street, Suite 600
Winston-Salem, NC 27120-1029
Telephone (336) 722-3700
aruley@belldavispitt.com
aparker@belldavispitt.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2020, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the ECF system, and notification of such filing (which constitutes service of this document) will be sent electronically by the ECF system to counsel of record for the parties who have registered with that system.

This the 5th day of August, 2020.

/s/ Deborah J. Bowers
N.C. State Bar No. 24937
Pinto Coates Kyre & Bowers, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: (336) 282-8848
Fax: (336) 282-8409
Email: dbowers@pckb-law.com
*Attorney for Plaintiff*

2